Donald S. Urrabazo (SBN: 189509)
Joon Song (SBN: 281391)
URRABAZO LAW, P.C.
2029 Century Park East #400
Los Angeles, CA 90067
Phone: (310) 388-9099
Fax: (310) 388-9088
Email: durrabazo@ulawpc.com

Attorneys for Defendant
FRONTIER COMMUNICATIONS CORPORATION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHANG YIN, an individual, | ) Case No. 5:17-cv-00426-JGB-DTB |
| | ) Hon. Jesus G. Bernal |
| Plaintiff, | ) |
| | ) **NOTICE OF SETTLEMENT BETWEEN** |
| vs. | ) **CHANG YIN AND FRONTIER** |
| | ) **COMMUNICATIONS CORPORATION** |
| FRONTIER COMMUNICATIONS | ) |
| CORPORATION, a business entity from | ) Courtroom: 1 |
| unknown; EQUIFAX INFORMATION | ) Trial Date: June 26, 2018 |
| SERVICES, LLC., is a business entity, from | ) |
| unknown; EXPERIAN INFORMATION | ) |
| SOLUTIONS INC., is a business entity, and | ) |
| DOES 1-10, Inclusive, | ) |
| | ) |
| Defendants. | ) |

1    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: Pursuant to Local Rule 16-

2    15.7, PLEASE TAKE NOTICE that Plaintiff CHANG YIN and Defendant FRONTIER

3    COMMUNICATIONS CORPORATION have reached an agreement to settle all claims between

4    them.  The parties expect to have a Notice of Dismissal on file by **June 18, 2018**.

6    Dated: May 17, 2018                          URRABAZO LAW, P.C.

7                                                  /s/ Donald Urrabazo

8                                                  Donald S. Urrabazo
                                                   Joon Song
9                                                  Attorneys for Defendant
                                                   FRONTIER COMMUNICATIONS
10                                                 CORPORATION

1    **CERTIFICATE OF SERVICE**

2         I, Donald S. Urrabazo, declare:

3         I am a citizen of the United States and employed in Los Angeles, California. I am over the

4    age of eighteen years and not a party to the within-entitled action. My business address is 2029

5    Century Park East, Suite 400, Los Angeles, CA 90067. On May 17, 2018, I served a copy of

6    **NOTICE OF SETTLEMENT BETWEEN CHANG YIN AND FRONTIER**

7    **COMMUNICATIONS CORPORATION** by electronic transmission.

8         I am familiar with the United States District Court for the Central District of California's

9    practice for collecting and processing electronic filings. Under that practice, documents are

10   electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic

11   Filing (NEF) to the filing party, the assigned judge, and any registered users un the case. The NEF

12   will constitute service of the document. Registration as a CM/ECF user constitutes consent to

13   electronic service through the court's transmission facilities. Under said practice, the following

14   CM/ECF users were served:

15   **Robert F. Brennan**
     Law Offices of Robert F. Brennan APC
16   3150 Montrose Avenue
     La Crescenta, CA 91214
17   *Attorneys for Plaintiff*

18
     Executed on May 17, 2018, at Los Angeles, California.
19

20
                                    */s/ Donald S. Urrabazo*
21                                  Donald Urrabazo

22

23

24

25

26

27

28