Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**
2103 Montrose Ave., Suite D
Montrose, CA 91020

[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Chang Yin

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG YIN, an Individual;<br><br>       Plaintiff,<br><br>  vs.<br><br>FRONTIER COMMUNICATIONS CORPORATION, a business entity, form unknown; EQUIFAX INFORMATION SERVICES, LLC., is a business entity, form unknown; EXPERIAN INFORMATION SOLUTIONS INC., is a business entity, and DOES 1-10, Inclusive,<br><br>       Defendants. | Case No.: 5:17-cv-00426-JGB-KS<br><br>Hon. Jesus G. Bernal<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT FRONTIER COMMUNICATIONS CORPORATION AND THE ENTIRE CASE |

Plaintiff Chang Yin and Defendant Frontier Communications Corporation have announced to the Court that all matters in controversy between them have been resolved.

A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Chang Yin against Defendant Frontier Communications Corporation are in all respects dismissed with prejudice. In addition, since there are no remaining defendants, the entire case is dismissed with prejudice.

DATED this 15th day of June 2018.

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

ORDER re: Stipulation of Dismissal with Prejudice of Frontier and the Entire Case